## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Kimberly Starling**, | |
| Plaintiff, | Case No. Case 4:21-cv-00721-O |
| v. | |
| **Daybreak Solar Power,** | |
| Defendant. | |

### <u>NOTICE OF SETTLEMENT</u>

TO THE CLERK OF COURT AND THE HONORABLE DISTRICT JUDGE O'CONNOR:

 Notice is hereby given that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.


Dated: March 1, 2022


        Respectfully submitted,



        <u>*/s/ Jacob U. Ginsburg*</u>
        Jacob U. Ginsburg, Esq.
        Kimmel & Silverman, PC
        30 E. Butler Ave.
        Ambler, PA 19002
        Telephone: (215) 540-8888
        Facsimile: (877) 788-2864
        jginsburg@creditlaw.com
        teamkimmel@creditlaw.com

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq. hereby certify that a true and correct copy of the foregoing has been served on the below parties via ECF on this date March 1, 2022.

Michael Hutchens, Esq.
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135
(817) 878-0563
mhutchens@whitakerchalk.com

DATED: March 1, 2022