# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **KIMBERLY STARLING**, | Case No. 4:21-cv-00721-O |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| **DAYBREAK SOLAR POWER LLC**, | |
| Defendant. | |

Plaintiff, Kimberly Starling and defendant Daybreak Solar Power LLC, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Kimberly Starling, against defendant Daybreak Solar Power LLC.

**IT IS SO STIPULATED.**

Dated: April 21, 2022	**KIMMEL & SILVERMAN, P.C.**

By: _Jacob U. Ginsburg_
	Jacob U. Ginsburg
*Attorneys for Plaintiff*


**WHITAKER CHALK**

By: _Michael Hutchens_
	Michael Hutchens

*Attorney for Defendant*